IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JESSIE LEE FARMER                                                                    PLAINTIFF

v.                                        Case No. 6:19-cv-6144

KATLINE WATSON, et al.                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 30, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 18). Judge Bryant recommends that this case be dismissed because Plaintiff has failed to obey two Court orders and failed to prosecute this case.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 18) *in toto*. Accordingly, Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of May, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge